IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOWELL E. HAMMONS,

       Petitioner,                      No. CIV S-07-1007 MCE GGH P

    vs.

D.K. SISTO, Warden, et al.,

       Respondents.           ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1         2. The Clerk of the Court is directed to send petitioner a copy of the in forma

2 pauperis form used by this district.

3 DATED: 6/27/07

/s/ Gregory G. Hollows

------

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

6 GGH:bb
hamm1007.101a