IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOWELL E. HAMMONS,

    Petitioner,                  No. CIV S-07-1007 MCE GGH P

    vs.

D.K. SISTO, et al.,

    Respondent.                <u>ORDER</u>

_____/

        In light of the Ninth Circuit's recent decision in <u>Hayward v. Marshall</u>, ___ F.3d ___, 2008 WL 43716 (9th Cir. Jan. 3, 2008), IT IS HEREBY ORDERED that the November 20, 2007, findings and recommendations are withdrawn.

DATED: 01/14/08

                                          /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

ham1007.vac

1