IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL E. HAMMONS, | No. 2:07-cv-01007-MCE-TJB |
|     Petitioner, | |
|   vs. | <u>AMENDED ORDER</u> |
| D.K. SISTO, et al., | |
|     Respondents. | |
| _____/ | |

    Petitioner, a state prisoner proceeding *pro se*, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 12, 2010, the Magistrate Judge filed findings and recommendations which was served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. On December 3, 2010, Petitioner filed objections to the findings and recommendations. The Respondent filed a reply to Petitioner's objections on December 8, 2010.

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 12, 2010 are adopted in full;
2. Petitioner's petition for writ of habeas corpus is DENIED;
3. The court declines to issue a certificate of appealability; and
4. The Clerk is directed to close the case.

Dated: December 21, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE